**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)**

---

AUSTIN ALEXANDER,
      Plaintiff,

      vs.

CAPITAL ONE AUTO FINANCE, INC.;
CREDIT BUREAU SYSTEMS, INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC;
      Defendants.

CASE NO. 3:21-cv-00731-CRS
**ELECTRONICALLY FILED**

Judge Charles R. Simpson, III

---

**MOTION TO WITHDRAW *PRO HAC VICE***
**ADMISSION OF DANIEL F. ROTHENBERG**

---

Comes now the undersigned counsel for Defendant Trans Union, LLC, and hereby requests that the Court withdraw his *pro hac vice* admission for Defendant Trans Union, LLC as he is no longer handling this matter. Trans Union, LLC consents to the withdrawal of undersigned counsel. Trans Union, LLC will continue to be represented in this matter by Sandra Davis Jansen, Esq. of Trans Union, LLC and Jared D. Brown, Esq. of Schuckit & Associates, P.C.

      Respectfully submitted,

      *s/ Daniel F. Rothenberg*
      Daniel F. Rothenberg, Esq. (IN #33895-49)
      (admitted *Pro Hac Vice)*
      Schuckit & Associates, P.C.
      4545 Northwestern Drive
      Zionsville, IN  46077
      Telephone:  317-363-2400, Ext. 123
      Fax:  317-363-2257
      E-Mail:  drothenberg@schuckitlaw.com

      *Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of May, 2022**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| James H. Lawson, Esq.<br>james@kyconsumerlaw.com | Christopher P. Farris, Esq.<br>cpfarris@blfky.com |
| Jared D. Brown, Esq.<br>jbrown@schuckitlaw.com | Sandra Davis Jansen, Esq.<br>Sandy.jansen@transunion.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of May, 2022**, properly addressed as follows:

| | |
|---|---|
| None. | |

s/ Daniel F. Rothenberg
Daniel F. Rothenberg, Esq. (IN #33895-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 123
Fax:  317-363-2257
E-Mail:  drothenberg@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*